Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
CHRISTINA LYNN SHIRE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA LYNN SHIRE ) | Case No.: 1:12-CV-01890-SMS |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| v. ) | SCHEDULE |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Based upon the stipulation of the parties, and for cause shown,

    IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include September 3, 2013, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the November 28, 2012, Case Management Order shall be extended accordingly.  IT IS SO ORDERED.


DATE: 8/2/2013                              /s/ SANDRA M. SNYDER
                                                      UNITED STATES MAGISTRATE JUDGE