1   Vijay J. Patel
    Attorney at Law: 285585
2   12631 East Imperial Highway, Suite C-115
    Santa Fe Springs, CA 90670
3   Tel: (562)868-5886
    Fax: (562)868-5491
4   E-Mail: rohlfing.office@rohlfinglaw.com

5   Attorneys for Plaintiff
    CHRISTINA LYNN SHIRE

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

    CHRISTINA LYNN SHIRE                )   Case No.: 1:12-CV-01890-SMS
12                                       )
                    Plaintiff,           )   ORDER EXTENDING BRIEFING
13  v.                                   )   SCHEDULE
                                         )
14  CAROLYN W. COLVIN,  Acting           )
    Commissioner of Social Security.     )
15                                       )
                    Defendant.           )
16                                       )
                                         )
    _____ )
17

18          Based upon the stipulation of the parties, and for cause shown,

19          IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to

20  and include September 3, 2013, in which to file Plaintiff's Opening Brief; and that

21  all other deadlines set forth in the November 28, 2012, Case Management Order

22  shall be extended accordingly.  IT IS SO ORDERED.

23
    DATE: 8/2/2013                          _____/s/ SANDRA M. SNYDER_____
24                                          UNITED STATES MAGISTRATE JUDGE

25

26

                                    -1-