Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Christina Lynn Shire

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| CHRISTINA LYNN SHIRE, | Case No.: 1:12-CV-01890-SMS |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Christina Lynn Shire ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

-1-

Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: September 17, 2013     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Vijay J. Patel*
Vijay J. Patel
Attorney for plaintiff Christina Lynn Shire

DATE: September 17, 2013

BENJAMIN B. WAGNER
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
Assistant United States Attorney

/s/ *Patrick W. Snyder*

Patrick W. Snyder
Special Assistant United States Attorney
Attorneys for Defendant Carolyn W. Colvin,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

The above captioned matter is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

Dated: 9/20/2013     /s/ SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE