Vijay J. Patel
Attorney at Law: 285585
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Christina Lynn Shire

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| CHRISTINA LYNN SHIRE,<br><br>            Plaintiff,<br><br>vs.<br>CAROLYN W. COLVIN,[1] Acting<br>Commissioner of Social Security,<br><br>            Defendant. | ) Case No.: 1:12-CV-01890-SMS<br>)<br>) STIPULATION AND ORDER FOR<br>) DISMISSAL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

        TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE

OF THE DISTRICT COURT:

        IT IS HEREBY STIPULATED by and between Christina Lynn Shire

("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social

---

[1] Carolyn W. Colvin became the Acting  Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Security  ("Defendant"), that this matter be dismissed with prejudice, each party to

2  bear its own fees, costs, and expenses.  The parties enter into this stipulation

3  pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring

4  no separate order of the Court.

5

6  DATE: September 17, 2013          Respectfully submitted,

7                                    LAW OFFICES OF LAWRENCE D. ROHLFING

8                                         /s/ *Vijay J. Patel*
                                   BY:_____

9                                       Vijay J. Patel
                                        Attorney for plaintiff Christina Lynn Shire

10

11  DATE: September 17, 2013

12                                  BENJAMIN B. WAGNER
                                    United States Attorney
13                                  LEON W. WEIDMAN
                                    Chief, Civil Division
                                    Assistant United States Attorney

14                                       /s/ *Patrick W. Snyder*

15                                  _____
                                    Patrick W. Snyder
16                                  Special Assistant United States Attorney
                                    Attorneys for Defendant Carolyn W. Colvin,
17                                  Acting Commissioner of Social Security
                                    (Per e-mail authorization)

18

19                                       **ORDER**

20       The above captioned matter is dismissed with prejudice, with each party to

21  bear its own fees, costs, and expenses.

22  Dated:  9/20/2013              /s/ SANDRA M. SNYDER_____
23                                 UNITED STATES MAGISTRATE JUDGE

24

25

26

-2-